LIZZIE J. VAN GAASBEEK, as Administratrix of the Estate of ABRAM H. VAN GAASBEEK, Deceased, Respondent, *v.* STEPHEN STAPLES, Appellant, Impleaded with Another.

*Van Gaasbeek* v. *Staples*, 85 App. Div. 271, affirmed.
(Argued November 19, 1903; decided December 8, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

July 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*G. R. Adams* for appellant.

*Chandler A. Oakes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.